1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   EARTH ISLAND INSTITUTE, et al.,          Case No.   1:23-cv-01045-JLT-EPG

12                 Plaintiffs,

13          v.                                 ORDER GRANTING MOTION TO MODIFY
                                               THE SCHEDULING ORDER
14   RANDY MOORE, et al.,
                                               (ECF No. 31).
15                 Defendants.

16

17

18          This matter is before the Court on Plaintiffs' unopposed motion to modify the scheduling

19   order "to extend the deadline for Plaintiffs to file any motion regarding the scope of the

20   Administrative Record by three weeks, from January 30, 2024, to February 20, 2024." (ECF No.

21   31). Plaintiffs state that they are still in the process of verifying the contents of the Administrative

22   Record, which process has been delayed by issues concerning related FOIA requests.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

                                                    1

Upon review, IT IS ORDERED as follows:

1.  Plaintiffs' unopposed motion to modify the scheduling order (ECF No. 31) is granted.

2.  Plaintiffs' deadline to file any motion regarding the scope of the Administrative Record is extended to February 20, 2024.

3.  Any response to a record motion is due by no later than March 21, 2024.

4.  Any reply in support of a record motion is due by no later than April 4, 2024.

IT IS SO ORDERED.

Dated:   **January 25, 2024**            /s/ _Erica P. Grosjean_
                                         UNITED STATES MAGISTRATE JUDGE