UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY MOORE, et al.,<br><br>Defendants. | Case No. 1:23-cv-01045-JLT-EPG<br><br>ORDER GRANTING SECOND MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 33). |

This matter is before the Court on Plaintiffs' second unopposed motion to modify the scheduling order, "to extend the deadline for Plaintiffs to file any motion regarding the scope of the Administrative Record by approximately three weeks, from February 20, 2024, to March 14, 2024." (ECF No. 33). Plaintiffs state that they are still in the process of verifying the contents of the Administrative Record, which process has been delayed by issues concerning related FOIA requests.

///
///
///
///
///

1

Upon review, IT IS ORDERED as follows:

1. Plaintiffs' second unopposed motion to modify the scheduling order (ECF No. 33) is granted.
2. Plaintiffs' deadline to file any motion regarding the scope of the Administrative Record is extended to March 14, 2024.
3. Any response to a record motion is due by no later than April 11, 2024.
4. Any reply in support of a record motion is due by no later than April 25, 2024.

IT IS SO ORDERED.

Dated: **February 15, 2024**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2