UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY MOORE, et al.,<br><br>Defendants. | Case No.   1:23-cv-01045-JLT-EPG<br><br>ORDER REQUIRING STIPULATIONS OR STATUS REPORT REGARDING SCHEDULING<br><br>(ECF No. 35). |

On December 1, 2023, the Court issued a schedule in this case, setting deadlines regarding filings concerning the scope of the administrative record and motions for summary judgment. (ECF No. 23). After modifying the scheduling order at Plaintiffs' request (ECF Nos. 32, 34), Plaintiffs filed a notice stating, in relevant part, as follows:

> Plaintiffs believe the Parties have reached an agreement for a stipulation concerning the Parties' disputes regarding the administrative record. The Parties however need a few more days to fully memorialize their agreement in a written stipulation. For these reasons, Plaintiffs will not be filing a motion regarding the administrative record today, *see* ECF No. 34, and the Parties will instead file their joint stipulation regarding the record on or before Friday, March 22, 2024. The parties will also be submitting a joint motion as soon as possible to set a briefing schedule for summary judgment and possibly addressing other scheduling and briefing issues.

(ECF No. 35).

Despite these representations in the notice filing, the parties have filed nothing to date.

1

Accordingly, IT IS ORDERED as follows:

1. By no later than April 5, 2024, the parties shall file any joint stipulation regarding the record and any stipulation regarding a briefing schedule for summary judgment and any other scheduling issues.
2. Alternatively, if the parties are unable to file such stipulations by this date, they shall instead file a joint status report, explaining the delay, and advising how they intend to progress this case.

IT IS SO ORDERED.

Dated:  **March 25, 2024**                         /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE