UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> RANDY MOORE, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-1045-JLT-EPG <br><br> ORDER APPROVING PARTIES' STIPULATION REGARDING ADMINISTRATIVE RECORD ISSUES <br><br> (ECF No. 37). |

      This matter is before the Court on the parties' stipulation regarding administrative record issues. (ECF No. 37). The parties assert that there is good cause for entering this stipulation as it likely will avoid separate motions on the scope of the administrative record at this time, allowing the issues to be adequately addressed in forthcoming summary judgment briefs.

      Upon review, IT IS ORDERED that the stipulation (ECF No. 37) is approved as follows:

1. Plaintiffs will not file a motion regarding the scope of the administrative record, as contemplated by the Court's prior scheduling orders.
2. Defendants will add 13 documents to the administrative record and file an updated record index with the Court.
3. Plaintiffs may cite to, and attach as exhibits to their summary judgment brief, any of the 39 documents identified in the stipulation.
4. Defendants may object to Plaintiffs' reliance on any of those documents in their summary judgment brief on the basis that the documents fall outside the administrative record and

do not fall within any exception to the record review rule of the Administrative Procedure Act, 5 U.S.C. § 501 *et seq.*, that may allow their inclusion in the administrative record.

5. The parties shall submit a joint status report on or before April 5, 2024, explaining the delay in submitting the stipulation and advising how they intend to progress this case.

IT IS SO ORDERED.

Dated:   **April 4, 2024**                         /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE

2