UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDY MOORE, et al., <br><br> Defendants. | Case No.  1:23-cv-01045-JLT-EPG <br><br> ORDER APPROVING STIPULATION TO MODIFY THE SCHEDULING ORDER <br><br> (ECF No. 41). |

    This matter is before the Court on the parties' joint status report, which includes a proposal to progress this case by setting certain case deadlines.[1] Upon review, the Court will approve the parties' proposed deadlines and modify the scheduling order.

    Accordingly, IT IS ORDERED as follows:

1. By no later than April 12, 2024, Defendants will file a supplement to the administrative record with the 13 documents the parties have stipulated to include in the record.

2. By no later than April 15, 2024, Plaintiffs will send a proposed second amended complaint to Defendants to review.

---

[1] If the parties request any action by the Court in the future requiring an order, "[i]n addition to filing the proposed order electronically in .pdf format, the proposing person must also submit by email a separate proposed order in Word format to the appropriate Judge or Magistrate Judge's email box listed on the Court's website." Local Rule 137(b).

1

3. By no later than April 19, 2024, Plaintiffs will file a second amended complaint (if Defendants consent).

4. By no later than April 26, 2024, Plaintiffs will move for leave to file a second amended complaint (if Defendants do not consent).[2]

5. By no later than May 3, 2024, Defendants will file an answer to the second amended complaint (if Defendants consented to filing a second amended complaint).

6. By no later than May 21, 2024, Plaintiffs shall file a motion for summary judgment and memorandum in support, and declarations, if any, to support Plaintiffs' claim of standing.

7. By no later than June 21, 2024, Defendants shall file a combined cross-motion for summary judgment and memorandum in opposition to Plaintiffs' motion for summary judgment.

8. By no later than July 15, 2024, Plaintiffs shall file a combined memorandum in opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment.

9. By no later than August 1, 2024, Defendants shall file a reply in support of their cross-motion for summary judgment.

IT IS SO ORDERED.

Dated:   **April 10, 2024**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] If Plaintiffs move for leave to file a second amended complaint, and the Court grants leave to amend, Defendants' answer to the second amended complaint will be due 21 days after the complaint is filed following the Court's order.