Thomas Buchele, CA Bar No. 129657
Earthrise Law Center
Lewis & Clark Law School
10101 S Terwilliger Blvd.
Portland OR 97219-7799
Tel:  503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

Rachel M. Fazio, CA Bar No. 187580
John Muir Project of the Earth Island Institute
P.O. Box 897
Ridgecrest, CA 92314
Tel: 530-273-9290
Email: rachelmfazio@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation; **SEQUOIA FORESTKEEPER**, a non-profit corporation; **SIERRA CLUB**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**RANDY MOORE**, in his official capacity as the Chief of the United States Forest Service; **DEAN GOULD,** in his official capacity as the Forest Supervisor for the Sierra National Forest; **JENNIFER EBERLIEN,** in her official capacity as the Regional Forester for the Pacific Southwest Region; **UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture,<br><br>Defendants. | CASE No. 1:23-cv-1045-JLT-EPG<br><br>**PLAINTIFFS' MOTION TO TEMPORARILY STAY PROCEEDINGS OR FOR ALTERNATIVE RELIEF**<br><br>DATE :       March 6, 2025<br>TIME  :       9:00 a.m.<br>CTRM :       4, 7th Floor<br>JUDGE:,       Honorable Jennifer L. Thurston |

Plaintiffs hereby move this Court for an order granting a temporary, ten-week stay to proceedings so Plaintiffs can evaluate the legal effect on Plaintiffs current claims and possible additional claims from Defendants January 10, 2025 Notice of Publication of Nelder Grove Fuels Reduction Project Decision Memorandum, ECF No. 60 and 60-1. The practical effect of the requested temporary stay would be to postpone the Court's consideration of the parties now fully-briefed cross-motions for summary judgment.

The Parties have met and conferred to attempt a resolution regarding the proposed stay. On January 10, 2025, Defendants filed a On Friday, January 17, 2025, the Parties conferred via conference call regarding next steps in the present matter. Plaintiffs' counsel proposed a temporary stay. By email later that day, January 17, 2025, Defendants' counsel informed Plaintiffs that Defendants intended to oppose any motion for a stay. On Thursday, January 23, 2025, Plaintiffs' counsel emailed Defendants' counsel to inform them that in addition to motion to stay, Plaintiffs were considering alternative relief including a motion to strike the Notice and a motion for leave to file a supplemental summary judgment brief. Plaintiffs also offered to confer further by phone. Also on January 23, 2025, Plaintiffs filed Initial Response to Defendants' Notice of Publication (ECF No. 61) to notify the Court of Plaintiffs' intent to file a motion to stay. On Friday, January 24, 2025, Defendants informed Plaintiffs that they would oppose all of Plaintiffs proposed requested relief.

Pursuant to Local Rule 220, Plaintiffs proposed the following briefing schedule:

| Event | Date |
| --- | --- |
| Plaintiffs file Motion to Stay | January 30, 2025 |
| Defendants' Opposition to Motion to Stay | February 13, 2025 |
| Plaintiffs' Reply | February 24, 2025 |

In light of the above, and the accompanying supporting Memorandum, Plaintiffs respectfully request that the Court enter an order granting a temporary, ten-week stay to proceedings, or in the alternative, strike Defendants Notice (ECF No. 60 and 60-1) or grant Plaintiffs' leave to file a

*Earth Island v. USFS*, CASE No. 1:23-cv-1045-JLT-EPG
Plaintiffs' Motion to Temporarily Stay Proceedings or for Alternative Relief                                                         2

supplemental summary judgment brief addressing the legal effect of the Notice on Plaintiffs' pending claims.

Respectfully submitted on this 30th day of January, 2025.

>*/s/ Thomas Buchele*
>THOMAS BUCHELE
>Earthrise Law Center
>Lewis & Clark Law School
>
>Attorney for Plaintiff EII