ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

SEAN C. DUFFY (NY Bar No. 4103131)
ERIKA NORMAN (CA Bar No. 268425)
Trial Attorneys
Natural Resources Section
150 M Street NE, Suite 2.9000
Washington, DC 20002
Ph: (202) 305-0445 (Duffy)
Ph: (202) 305-0475 (Norman)
sean.c.duffy@usdoj.gov
erika.norman@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>RANDY MOORE, in his official capacity as the Chief of the United States Forest Service, *et al*.,<br><br>        Defendants. | No. 1:23-cv-1045-JLT-EPG<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties

agree and stipulate that this action should be dismissed. In accordance with Rule 41(a)(1)(B), this

dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). In accordance with Rule 54 of the

1

Federal Rules of Civil Procedure and Local Civil Rule 292, each party will bear its own fees and

costs upon dismissal.

Dated: January 12, 2026

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Sean C. Duffy*
SEAN C. DUFFY
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M Street NE, Suite 2.900
Washington, DC 20002
Ph: (202) 305-0445 (Duffy)
Ph: (202) 305-0475 (Norman)
sean.c.duffy@usdoj.gov
erika.norman@usdoj.gov

*Attorneys for Defendants*

/s/ Thomas Buchele
Thomas Buchele, CA Bar No. 129657
Earthrise Law Center
Lewis & Clark Law School
10101 S Terwilliger Blvd.
Portland OR 97219-7799
Tel:  503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

*Attorneys for Plaintiffs*

2