UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDY MOORE, et al., <br><br> Defendants. | Case No. 1:23-cv-01045-JLT-EPG <br><br> ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (ECF No. 70). |

On January 12, 2026, the parties filed a joint stipulation dismissing this action without prejudice and with each party to bear their own attorney fees and costs. (ECF No. 70). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is respectfully directed terminate all pending dates, deadlines, and filings and then to close this case.

IT IS SO ORDERED.

Dated:   **January 14, 2026**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1